McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA KHACHATRYAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　Defendant. | Case No. 2:05-cv-02447-GHH<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). The Appeals Council has informed the Office of the General Counsel (Region IX) that Plaintiff's representative has submitted additional medical evidence; the Appeals Council wishes to remand the case to an Administrative Law Judge to consider the additional evidence.

DATED: April 10, 2006　　　　　　　　*/s/ Bess M. Brewer*
　　　　　　　　　　　　　　　　　　　BESS M. BREWER

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


DATED: April 11, 2006　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By:　*/s/ Bobbie J. Montoya*
　　　　　　　　　　　　　　　　　　　BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1

1
2   OF COUNSEL:

3   LUCILLE GONZALES MEIS
     Chief Counsel, Region IX

4   LEO R. MONTENEGRO
     Assistant Regional Counsel
5
     Office of the General Counsel
6    U. S. Social Security Administration

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____oOo_____

## ORDER

For good cause shown, <u>KHACHATRYAN v. BARNHART</u> (Case No. 2:05-cv-02447-GHH), is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

**SO ORDERED.**

DATED: 4/13/06                               /s/ Gregory G. Hollows

**GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE**

khach.ord